DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARQUITA FENN,**
Appellant,

v.

**MARISSA MARTIN,**
Appellee.

No. 4D2025-2751

[June 18, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Anastasia M Norman, Judge; L.T. Case No. 562023DR001319AXXXHC.

Marquita Fenn, Fort Pierce, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***